IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES CRAIG, JR.,  :
:
      Petitioner(s),  :
:  Case Number: 1:07cv67
    vs.  :
:  District Judge Susan J. Dlott
ERNIE MOORE, WARDEN,  :
:
      Respondent(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 31, 2007 the Report and Recommendations (Doc. 19). Subsequently, the petitioner filed objections to such Report and Recommendations (Doc. 20).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Petitioner's Motion for Summary Judgment (Doc. 13) is **DENIED** and the Petition is **DISMISSED WITH PREJUDICE**. Since no reasonable jurist would disagree with the conclusion reached herein, Petitioner is **DENIED** leave to appeal *in forma pauperis* and any requested certificate of appealability.

      IT IS SO ORDERED.

          ___s/Susan J. Dlott_____
          Susan J. Dlott
          United States District Judge