IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHARLES CRAIG, JR., | : |
| Petitioner(s), | : |
| vs. | : Case Number: 1:07cv67 |
| | : District Judge Susan J. Dlott |
| ERNIE MOORE, WARDEN, | : |
| Respondent(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 19, 2008 a Report and Recommendation (Doc. 26). Subsequently, the Petitioner filed objections to such Report and Recommendation (Doc. 33).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, Petitioner's Motion and Amended Motion (Docs. 24 and 25) under Fed. R. Civ. P. 60(b)(1) and (6) are without merit and are **DENIED**.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge